AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>William Irvin Fuller<br><br>*Defendant* | Case: 1:24-mj-00140<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 4/23/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __William Irvin Fuller__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, or Demonstrating in a Capitol Building.

Date: __04/23/2024__     *Issuing officer's signature*   2024.04.23 15:07:33 -04'00'

City and state: __Washington, D.C.__     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __4/23/24__, and the person was arrested on *(date)* __4/25/24__
at *(city and state)* __MT. PLEASANT, PA__.

Date: __4/25/24__

*Arresting officer's signature*

LAURA HARVEY
*Printed name and title*