AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

United States of America
v.

William Irvin Fuller

```
)
)
)
)
)
)
)
```

Case: 1:24-mj-00140
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/23/2024
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ William Irvin Fuller _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☒ Complaint
❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, or Demonstrating in a Capitol Building.

Date:     04/23/2024

2024.04.23
15:07:33 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _4/23/24_ , and the person was arrested on *(date)* _4/25/24_
at *(city and state)* MT. PLEASANT, PA .

Date: _4/25/24_

*Arresting officer's signature*

LAURA HARVEY
*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:24-mj-00140 |
| | ) | Assigned to: Judge Meriweather, Robin M. |
| William Irvin Fuller | ) | Assign Date: 4/23/2024 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) - | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) - | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(G) - | Parading, Picketing, or Demonstrating in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____04/23/2024_____

2024.04.23
15:04:21 -04'00'
_____
*Judge's signature*

City and state: _____Washington, D.C._____          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case: 1:24-mj-00140
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/23/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ▮▮▮▮▮▮▮▮, is a Special Agent of the Federal Bureau of Investigation (FBI), assigned to Pittsburgh Division, Mon Valley Resident Agency. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *William Irvin Fuller's Involvement in the Events of January 6, 2021*

In June 2021, the FBI Pittsburgh Division, Mon Valley Resident Agency, learned that a phone connected to a Google account (fullwill**@***.com) belonging to William Irvin Fuller (Fuller) was present inside the U.S. Capitol on January 6, 2021.  Agent Michael Punzo of the FBI, Pittsburgh Division, Mon Valley Resident Agency, interviewed Fuller by phone on July 14, 2021. Fuller stated that he drove down to Washington, D.C., with a friend on January 6, 2021, and attended the Stop the Steal Rally and walked to the U.S. Capitol, but that he did not go inside the building.

In late 2022, a person who has known and worked with Fuller identified him in surveillance footage, which showed him entering the U.S. Capitol on January 6, 2021.

Open-source video shows Fuller (circled in yellow) attending the Stop the Steal Rally on the Mall on January 6, 2021.  He is carrying a sign that says "Thank you! President Trump / We Love You".  He is accompanied throughout January 6, 2021 by Samuel Christopher Fox, who was charged with and pled guilty to 40 U.S.C. § 5104(e)(2)(G) in case no. 1:21-cr-00435-BAH for his breach of the Capitol at the Senate Wing Door.



**Image 1:** screenshot from open-source video showing Fuller at the Stop the Steal Rally.  Fox stands to his left, in a red bandana.

At approximately 3:12 PM, Fox and Fuller entered the U.S. Capitol through a broken window next to the Senate Wing Doors.  As Fuller entered, he pulled up a mask.



**Image 2:** screenshot from U.S. Capitol Surveillance footage.  Fuller (circled in yellow) enters the U.S. Capitol.  Fox stands next to him, in a red bandana.



**Image 3:**  screenshot from U.S. Capitol Surveillance footage.  Fuller (circled in yellow) stands inside the U.S. Capitol; Fox, in a red bandana, stands to his right.   Fox and Fuller remained inside for approximately one minute, before leaving through the Senate Wing Door.



**Image 4:** screenshot from U.S. Capitol Surveillance footage.  Fuller (circled in yellow) leaves the U.S. Capitol.



**Image 5 and 6:** screenshot from open-source video showing Fuller (circled in yellow) in the arcade of the Senate Wing Doors.  In Image 5, Fox stands behind Fuller, in a red bandana.

After leaving, Fuller and Fox stood on the stairs to the Senate Parliamentarian Door, but available surveillance does not show that Fuller entered the Capitol a second time.

Based on the foregoing, your affiant submits that there is probable cause to believe that Fuller violated 18 U.S.C. §§ 1752(a)(1) and (2), which make it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official

functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Fuller violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of April 2024.

2024.04.23
15:09:41 -04'00'

HONONORABLE ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>William Irvin Fuller<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00140
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/23/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                          William Irvin Fuller                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, or Demonstrating in a Capitol Building.

2024.04.23
15:07:33 -04'00'

Date:      04/23/2024                          _____
                                              *Issuing officer's signature*

City and state:        Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
                                              *Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                          _____
                                              *Arresting officer's signature*

                                              _____
                                              *Printed name and title*

## RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs

William Irvin Fuller

DATE ARRESTED: 4/25/2024

MAGISTRATE JUDGE'S DOCKET NO. 24-mj-690

DATE OF COMPLAINT 4/23/2024

CRIMINAL DOCKET NO. _____

DATE OF INDICTMENT _____

ORIGINATING DISTRICT (if applicable) 1:24-mj-140 District of Columbia

### INITIAL APPEARANCE

| Presiding | ☑ TAYLOR | ☐ EDDY | Date: 4/25/2024 | CD # _____ |
| Magistrate | ☑ DODGE | ☐ LANZILLO | Time: 1:43pm - 1:56 pm | Court Reporter: n/a |
| Judge | ☐ KELLY | ☐ PESTO | | |

U.S. ATTORNEY: Jonathan Lusty          INTERPRETER: n/a

**1. RIGHTS EXPLAINED**

☐ Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

☑ Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION:**

☐ Read          ☑ Summarized          ☐ Reading waived

☐ Defendant provided with a copy of the charges

☑ Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

☐ Read          ☑ Summarized          ☐ Reading waived

**4. COUNSEL**

☑ Defendant requested appointment          ☐ Defendant waived appointment

☑ Defendant represented by: Kathryn Dyer

☐ Defendant expects to retain: _____

☑ Affidavit executed.

☐ Not Qualified          ☑ Qualified          ☐ With possible requirement for partial or full payment

☑ Federal Public Defender appointed

☐ CJA Panel Attorney _____ appointed

**5. BAIL**

Recommended Bond: Conditions

Bond Set at: $25,000

☐ By Consent          ☑ Additional Conditions Imposed: See Conditions of Release

☐ By Magistrate Judge

☐ Temporary Commitment issued          ☐ Final Commitment issued

Bond/Detention Hearing set for: n/a

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary Exam/Rule 40/Arraignment set for: _____ before Magistrate Judge _____

Scheduled to appear in D.C. on 5/2 at 12³⁰pm before Magistrate Judge Zia Farruqui

WDPA Rev 04/24

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
              V.                  )     Magistrate No.    24-690
                                  )
WILLIAM IRWIN FULLLER             )


ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this 25ᵗʰ day of _____April_____, 2024 ,
the above named defendant having appeared before this Court
and having been sworn to testify truthfully as to his/her
financial ability to hire counsel and the Court being
satisfied as a result thereof that the above named defendant
is financially unable to obtain counsel and said defendant
not having waived the appointment of counsel;


    IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1500
Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania
15222, telephone number (412) 644-6565, is hereby appointed
to represent the individual in all matters pertaining to this
action.

PRIMARY COUNSEL:     Kathryn Dyer

          PA Attorney ID #


                     _____
                     Patricia L. Dodge
                     United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    )
                                            )
            Plaintiff,                      )
                                            )   Case No.   2:24-mj-690
            vs.                             )
                                            )
William Irvin Fuller                        )
            Defendant.                      )

## ORDER

The United States is obligated, pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

Dated: 4/25/2024

BY THE COURT:

_____
United States Magistrate Judge

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

___Western District of Pennsylvania__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:24-mj-690 |
| | ) | |
| William Irvin Fuller | ) | Charging District's Case No.  1:24-mj-140 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia .

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and production of the warrant.

☒    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  4/25/24

_____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                    Page 1 of ____4____ Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| William Fuller | ) | Case No.   2:24-00690M |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

_____

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                      Page 2 of 4 Pages

===================================================================================================

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

　　　　IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )　(6)　The defendant is placed in the custody of:
　　　　　　　Person or organization _____
　　　　　　　Address *(only if above is an organization)* _____
　　　　　　　City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

　　　　　　　　　　　　　　　　　　　　　Signed: _____    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Custodian*　　　　　　　　　　　　　　*Date*

( ☐ )　(7)　The defendant must:
　　( ☑ )　(a)　submit to supervision by and report for supervision to the　U.S. Pretrial Services _____ ,
　　　　　　　　telephone number　(412) 395-6907　, no later than _____ .
　　( ☐ )　(b)　continue or actively seek employment.
　　( ☐ )　(c)　continue or start an education program.
　　( ☐ )　(d)　surrender any passport to: _____
　　( ☐ )　(e)　not obtain a passport or other international travel document.
　　( ☑ )　(f)　abide by the following restrictions on personal association, residence, or travel:　Travel is restricted to the Western District of PA and
　　　　　　　　District of Columbia for court purposes only.
　　( ☑ )　(g)　avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
　　　　　　　　including: _____
　　　　　　　　_____
　　( ☑ )　(h)　get medical or psychiatric treatment:　Obtain a mental health assessment and follow through any recommendations.
　　　　　　　　_____
　　( ☐ )　(i)　return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
　　　　　　　　or the following purposes: _____
　　　　　　　　_____
　　( ☐ )　(j)　maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
　　　　　　　　necessary.
　　( ☑ )　(k)　not possess a firearm, destructive device, or other weapon.
　　( ☑ )　(l)　not use alcohol ( ☑ ) at all ( ☐ ) excessively.
　　( ☑ )　(m)　not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
　　　　　　　　medical practitioner.
　　( ☑ )　(n)　submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
　　　　　　　　random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
　　　　　　　　prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
　　　　　　　　of prohibited substance screening or testing.
　　( ☑ )　(o)　participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
　　　　　　　　supervising officer.
　　( ☐ )　(p)　participate in one of the following location restriction programs and comply with its requirements as directed.
　　　　　　　　( ☐ )　(i)　**Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
　　　　　　　　　　　　　directed by the pretrial services office or supervising officer; or
　　　　　　　　( ☐ )　(ii)　**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
　　　　　　　　　　　　　medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
　　　　　　　　　　　　　activities approved in advance by the pretrial services office or supervising officer; or
　　　　　　　　( ☐ )　(iii)　**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
　　　　　　　　　　　　　court appearances or other activities specifically approved by the court; or
　　　　　　　　( ☐ )　(iv)　**Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
　　　　　　　　　　　　　you must comply with the location or travel restrictions as imposed by the court.
　　　　　　　　　　　　　**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                    Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii)   Voice Recognition; or
- ( ☐ ) (iii)  Radio Frequency; or
- ( ☐ ) (iv)   GPS.

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ )  (t)  _____
_____

AO 199C  (Rev. 09/08) Advice of Penalties                                    Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

      Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

      While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

      It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

      If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

      A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

      I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

         ✗ *Will Fuller*
_____
                                    *Defendant's Signature*

_____
                                        *City and State*

### Directions to the United States Marshal

(✗)  The defendant is ORDERED released after processing.

(  )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: *April 25, 2024*
                                       _____
                                              *Judicial Officer's Signature*

                               *USMJ Patricia Dodge*
                                             *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:24-mj-690 |
| William Irvin Fuller | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____William Irvin Fuller_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;

( X )    if convicted, to surrender to serve a sentence that the court may impose; or

(   )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)    This is a personal recognizance bond.

( X ) (2)    This is an unsecured bond of $ _____25,000_____ .

(   ) (3)    This is a secured bond of $ _____ , secured by:

   (   ) (a) $ _____ , in cash deposited with the court.

   (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 4/25/24

_Will Fuller_
_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

Date: 4|25|2024

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 4|25|24

_____
Judge's signature

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-00690-PLD All Defendants
## Internal Use Only

Case title: USA v. FULLER                                    Date Filed: 04/25/2024

Assigned to: Magistrate Judge Patricia L.
Dodge

**Defendant (1)**

**WILLIAM IRVIN FULLER**                 represented by   **Kathryn Kitt Dyer**
                                                          Federal Public Defender's Office
                                                          1001 Liberty Avenue
                                                          Suite 1500
                                                          Pittsburgh, PA 15222
                                                          412-644-6565
                                                          Email: kathryn_dyer@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or Community*
                                                          *Defender Appointment*

**Pending Counts**                                        **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                     **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                            **Disposition**
None

**Plaintiff**

**USA**                                   represented by   **Jessica Lieber Smolar**
                                                          United States Attorney's Office
                                                          700 Grant Street
                                                          Suite 4000
                                                          Pittsburgh, PA 15219
                                                          (412) 894-7419
                                                          Email: jessica.smolar@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Govt Atty*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2024 | 1 | NOTICE *of Out of District Arrest* by USA as to WILLIAM IRVIN FULLER (Attachments: # 1 Statement of Facts, # 2 Arrest Warrant)(Smolar, Jessica) (Entered: 04/25/2024) |
| 04/25/2024 | 2 | ORDER as to WILLIAM IRVIN FULLER: Initial Appearance set for 4/25/2024 at 01:30 PM in Courtroom 9A before Magistrate Judge Patricia L. Dodge. Signed by Magistrate Judge Patricia L. Dodge on 4/25/2024. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (mqe) (Entered: 04/25/2024) |
| 04/25/2024 | | Duty Magistrate Judge assigned to case. If a sealed mj case was opened, sealed access rights have been granted. (bjr) (Entered: 04/25/2024) |
| 04/25/2024 | 3 | Order Pursuant to the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020) (amending Fed. R. Crim. Pro. 5) as to WILLIAM IRVIN FULLER. Signed by Magistrate Judge Patricia L. Dodge on 4/25/2024. (mqe) (Entered: 04/25/2024) |
| 04/25/2024 | 4 | Minute Entry for proceedings held before Magistrate Judge Patricia L. Dodge: Initial Appearance as to WILLIAM IRVIN FULLER held on 4/25/2024 (Court Reporter: none) (mqe) (Entered: 04/25/2024) |
| 04/25/2024 | 5 | CJA 23 Financial Affidavit by WILLIAM IRVIN FULLER (mqe) (Entered: 04/25/2024) |
| 04/25/2024 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to WILLIAM IRVIN FULLER; Appointed attorney Kathryn Kitt Dyer for WILLIAM IRVIN FULLER. Signed by Magistrate Judge Patricia L. Dodge on 4/25/2024. (mqe) (Entered: 04/25/2024) |
| 04/25/2024 | 7 | WAIVER of Rule 5(c)(3) Hearing by WILLIAM IRVIN FULLER: Defendant waived right to an Identity Hearing and a Preliminary Hearing. (mqe) (Entered: 04/25/2024) |
| 04/25/2024 | 8 | Unsecured Appearance Bond Entered as to WILLIAM IRVIN FULLER in amount of $25,000. (mqe) (Entered: 04/25/2024) |
| 04/25/2024 | 9 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Patricia L. Dodge on 4/25/2024. (mqe) (Entered: 04/25/2024) |