AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:24-mj-140 |
| William Fuller | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William Fuller

Date:   05/14/2024

*Attorney's signature*

Craig E. Kauzlarich/PA0126
*Printed name and bar number*
2 West High Street
Carlisle, PA 17013

*Address*

cek@abomkutulakis.com
*E-mail address*

(717) 249-0900
*Telephone number*

(717) 249-3344
*FAX number*